IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-11060
Summary Calendar
_____

CONCHITA WASHINGTON,

                                        Plaintiff-Appellant,

versus

JANET RENO, Attorney General of
the United States of America;
KATHLEEN HAWK, Director of the
Federal Bureau of Prisons;
J. B. BOGAN, Warden, Federal
Medical Center, Carswell;
TERRY BARNHARD, Director and/or
Supervisor Education Department,
Federal Medical Center, Carswell,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 4:97-CV-575-A
_____
June 30, 1998
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Conchita Washington, federal inmate #14826-039, appeals the
dismissal of her complaint for failure to exhaust administrative
remedies.  We have carefully reviewed the arguments and the
appellate record.  For essentially the same reasons as stated by

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court, we conclude that the district court did not err in its dismissal for want of exhaustion.  Even if Washington had exhausted her administrative remedies at the time she filed her complaint, her complaint fails to allege the violation of federal law.

AFFIRMED.  All pending motions are DENIED.